ALLEN FARSHI, ESQ. (State Bar # 208481)
LAW OFFICES OF ALLEN FARSHI
18653 Ventura Boulevard. No 258
Tarzana, California 91356
PHONE: (310) 882 6500
FAX    (310) 882 5577
Email: farsh1@gmail.com

Attorney for Justin Island

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILCO LIFE INSURANCE COMPANY, A Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ISLAND, an individual; AARON ISLAND, an individual; PRISCILLA FULLER, an individual, And DOES 1 through 10, inclusive,<br><br>Defendants.<br><hr>JUSTIN ISLAND<br><br>Cross-Claimant,<br><br>Vs.<br><br>AARON ISLAND; PRISCILLA FULLER<br><br>Cross-Defendants. | Case No: 2:20-cv-01759-SVW-JPR<br><br><br>(PROPOSED) ORDER GRANTING JUSTIN ISLANDS MOTION FOR DEFAULT JUDGMENT AGAINST AARON ISLAND<br><br><br>October 5th 2020 (Vacated)<br>Court Room: 10A<br><br>Judge: Hon. Steven Wilson |

1

Defendant/Cross Claimant Justin Island's Motion for Default Judgment against Aaron Island, initially set for hearing on October 5th. before Hon. Steven v. Wilson, was deemed submitted on September 22, 2020. By order of the court, the hearing on October 5th 2020, at 1:30 p.m. was vacated and removed from calendar.

It appearing from the records in the above entitled action that default has been entered by the clerk against AARON ISLAND, and it further appearing from the motion for judgment and the supporting declaration of counsel Allen Farshi, Esq., that the five prong requirements of local rule 51 and the requirements enunciated in *Eitel v. McCool* 782 F.2d 1470, 1471-72 (9th Cir. 1986), have been satisfied, now pursuant to F.R. Civ. P 55(b)(2), local rule 51 and further evidence that AARON ISLAND had failed to plead or otherwise defend in Justin Island's cross-claim, on request of counsel the Default Judgment of AARON ISLAND, is hereby entered.

The Clerk of the U.S. District Court is hereby ordered without further notice to release the Wilco insurance policy proceeds of $160,000 and interest in the sum $938.08 payable to counsel of record Allen S. Farshi, within____ days of signing this order.

OR_____

_____

_____

_____

_____

IT IS SO ORDERED

Dated: _____          _____

                                           Hon. Stephen v. Wilson
                                           UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

Wilco Life Insurance Company v. Justin Island et al

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 18653 Ventura Boulevard, No 258, Tarzana, CA 91356. On September 22, 2020, I served the foregoing document(s) described as Justin Islands proposed order for default judgment **on;**

Aaron Island                                                                      Co-Defendant In pro per
1904 E. Bermuda Street No.7
Long Beach, CA 90802

Hinshaw. Attn: Michael Newman Esq.                       Attorney for Wilco Life Insurance
650 South Grand Ave. Suite 3600
Los Angeles, CA 90071
Tel: 213 614 7346  Fax: 213 614 7399
email: mnewman@hinshawlaw.com

[XXX]    **VIA COURT'S NOTICE OF ELECTRONIC FILING**

[XXX] **BY MAIL:**   I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. Under that practice it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tarzana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing by affidavit.

[ ]   **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

[]    **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the Foregoing is true and correct.

**Executed on**: September 22, 2020

/S/  Allen S. Farshi
_____
ALLEN FARSHI, ESQ.
Attorney for Justin Island

3